UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILO ANGULO, JR,<br><br>        Plaintiff,<br><br>    v.<br><br>CUSTODY STAFF WHO RESPONDED, et al.,<br><br>        Defendants. | 1:25-cv-000993-EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

    Plaintiff Mailo Angulo, Jr., a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]

    The federal venue statute requires that a civil action be brought in

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

---

[1] Given the transfer of this case, the Court will not address Plaintiff's pending *in forma pauperis* application. (ECF No. 2).

1

In this case, there is no indication that any Defendant resides in this District. And the complaint states that the claim arose in California Men's Colony (CMC) in San Luis Obispo County, which is in the Central District of California. (ECF No. 1, p. 2).

Therefore, Plaintiff's complaint should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a).

Accordingly, IT IS ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   **August 14, 2025**            /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE

2